# Matthew Stewart

## Experience

**Drug Enforcement Administration (DEA)**

| | | |
|---|---|---|
| 2021-present | Cheyenne Resident Office, Cheyenne, WY | |
| | • Special Agent | |
| 2020-2021 | U.S. Embassy Guatemala City, Guatemala | |
| | • Acting Country Attaché | |
| 2016-2020 | U.S. Embassy Guatemala City, Guatemala | |
| | • Special Agent | |
| 2015-2016 | DEA Headquarters, Foreign Operations, Quantico, VA | |
| | • Special Agent | |
| 2014-2015 | DEA Headquarters, Foreign Operations, Quantico, VA | |
| | • Acting Team Leader | |
| 2011-2014 | DEA Headquarters, Foreign Operations, Quantico, VA | |
| | • Special Agent | |
| 2008-2011 | Los Angeles Field Division, Los Angeles, CA | |
| | • Special Agent | |
| 2007-2008 | Basic Agent Training, Quantico, VA | |
| | • Basic Agent Trainee | |

**United States Marine Corps**

2001-2007    14th Marines, Aurora, CO
- Non-Commissioned Officer

**Instructor of Narcotics Enforcement Techniques and Investigations**

2011-2023    Instructed course and/or period of instructions related to narcotics enforcement to various international partners in Quantico Virginia, Guatemala, Belize, Honduras, Dominican Republic, Brazil, Afghanistan, and Seychelles

## Education and Training

2017    DEA Sensitive Investigative Unit Special Agent Advisor Course
2015    Spanish Language Training, Professional Working Proficiency
2013    DEA Certified Instructor
2013    DEA Tactical Instructor
2013    DEA Firearms Instructor
2010    DEA Basic Concealed Trap Training
2010    DEA Advanced Concealed Trap Training
2010    The 4:20 Group Hidden Assets in Commercial Vehicles
2010    Emergency Medical Technician, University of California Los Angeles
2008    Los Angeles County Sherriff's Department Undercover Narcotics School
2008    DEA Special Operations Division Basic Telecommunications Exploitation Program
2008    State of California Wiretap Certification
2008    DEA Basic Agent Training
2005    B.S. Business Administration Finance, University of Northern Colorado

**U. S. Department of Justice**
Drug Enforcement Administration
Cheyenne Resident Office

*www.dea.gov*                                                                 August 27th, 2024

Cheyenne Resident Office
1205 Airport Parkway
Cheyenne, WY 82001

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions.

I, Matthew Stewart, have been a Drug Enforcement Administration ("DEA") Special Agent ("SA") since 2007. I served as a United States Marine from 2001 until 2007 when I was honorably discharged. I graduated from The University of Northern Colorado with a Bachelor of Science in Business Administration Finance in 2005.

After graduating from DEA Basic Agent Training in 2008, I was assigned to a Southwest Border Group at the Los Angeles Field Division DEA office, in Los Angeles, California. From 2008 until 2011, my primary focus was the investigation of domestic narcotics traffickers and their immediate nexus to Mexico. In 2008, I participated in two trainings on the interception of electronic communications: "State of California Wiretap Certification" and "DEA Special Operations Division Basic Telecommunications Exploitation Program." Prior to my transfer to Quantico, Virginia, in 2011, I completed three trainings in the concealment of narcotics in 2010: "The 4:20 Group Hidden Assets in Commercial Vehicles," "DEA Basic Concealed Trap Training," and "DEA Advanced Concealed Trap Training." From 2011 to 2016, I served in the DEA Foreign Operations Unit, a full-time tactical team that could deploy alongside United States military assets abroad with the added capability of being able to engage in narcotics investigation and interdiction. Additionally, there were times that we deployed to train foreign law enforcement and military units in narcotics investigation and interdiction.

In 2016, I began working as a DEA Special Agent in Guatemala City, Guatemala. In 2020, I was promoted to DEA Acting Country Attache for Guatemala. I spent five years actively involved in numerous investigations of international narcotics trafficking, including but not limited to surveillance, recruiting confidential sources and cooperators, interviewing witnesses and targets, narcotics interdictions, liaising with Guatemalan law enforcement, military, and prosecutors and acting as a representative on behalf of the United States Government in meetings with Guatemalan counterparts. Through numerous encounters with international narcotics traffickers and local law enforcement, I learned how Guatemalan Drug Trafficking Organizations ("DTO") operate. Specifically, from my training and experience working as a DEA SA and my work in Guatemala, I have become familiar with how narcotics are imported to and exported from Guatemala, including the ways, routes, modes, and methods of transportation.

I am certified by DEA to on instruct topics related to narcotics law enforcement. I have instructed and/or led numerous trainings within the U.S. and in multiple foreign countries to DEA agents, other domestic law enforcement agencies, and to foreign law enforcement and military counterparts.

In particular, I will testify to the following:

1. While working as a Special Agent and later as the Acting Country Attache in Guatemala, I was involved with numerous counter-narcotics investigations and interdictions. These operations occurred in conjunction with Guatemalan law enforcement.

2. DEA agents are stationed abroad generally for two reasons: to act as a liaison between U.S.-based law enforcement and in-country law enforcement and to train and support in-country law enforcement. Critical to that mission are "vetted" units, also known as "Sensitive Investigative Units." These units are comprised of in-country law enforcement officers that have undergone rigorous backgrounds checks. I worked extensively with our Guatemalan SIUs during the five years that I was stationed there.

3. During the five years I spent in Guatemala, I participated in dozens if not a hundred narcotics investigations. Those investigations included surveillance, close coordination with local law enforcement, interdictions, and interviews with members of DTOs,. Through these many investigations and interactions, I have observed and learned how DTOs operate.

4. Cocaine is the primary substance trafficked through Guatemala. Almost all cocaine is grown in Columbia, Bolivia, or Peru. Cocaine from Peru is usually shipped to Europe. By contrast, most of the cocaine that arrives in Guatemala originates from Columbia or Bolivia.

5. There is virtually no domestic market in Guatemala for cocaine. Guatemala is a transshipment point, as the cocaine is moved North to the United States, the largest market for cocaine in the world. Cocaine that is sent to Guatemala usually arrives by boat. The primary trafficking route arrives on the Western coast of the nation along Guatemala's Pacific coast. This route originates along the western coast of Colombia and uses fishing vessels or custom-built vessels for narcotics trafficking, such as Low-Profile Vessels or Self-Propelled Semi Submersibles, to cross over a thousand miles of the Eastern Pacific Ocean. Narcotics traffickers constantly vary their procedures and exact routes in an effort to elude law enforcement. Generally, this route departs from the coast in southwestern Colombia and follows either what is known as the 'short route' which is a fairly direct trip to Guatemala or the 'long route' which passes near the Galapagos Islands before heading north towards Guatemala. The vessels refuel along the route from other boats which are sent and in the area for that specific purpose. Depending on the condition of the seas and the logistics of refueling, the routes take numerous days to weeks to complete.

6. Once the cocaine arrives off-shore, Guatemalan "lancheros" (boatmen) who usually operate open-hulled boats with outboard motors coordinate the pickup. The cocaine is either handed off boat-to-boat or left in the water for retrieval. This transaction can occur anywhere from a few miles offshore to over 200 miles from the coastline depending on what was preplanned by the traffickers and the current or perceived position of military or law enforcement assets attempting to interdict the illicit load. The cocaine is then brought ashore to be stored in a warehouse or taken directly North to Mexico via vehicle. A land route to and through Mexico requires less logistical coordination than extending the maritime route to Mexico.

7. On the West side of Guatemala is a municipality called Ocós. Ocós is located in the San Marcos Department of Guatemala. The border between Chiapas, Mexico, and the Department of San Marcos, Guatemala, is a notoriously porous border with little law enforcement presence, which permits the free movement of drugs from Guatemala into Mexico. Ocós's Western boundary is the Pacific Ocean, which makes it an ideal location for international drug traffickers to receive transshipment of narcotics. Tecun Uman City is a frontier city situated in Ocós on the border with Mexico.

8. Through training and experience, I know that certain factors are considered in evaluating the likely destination of a cocaine shipment. These factors include:

    a. Quantity – Large cocaine shipments that pass through Guatemala head North.

    b. Source Country – Cocaine originating in Columbia or Bolivia historically heads North to the United States, whereas Peruvian-grown cocaine usually is sent to Europe.

    c. Route from Source Country – Cocaine that is moved past Panama, heading north, is extremely likely to be heading to the United States, as loads to Europe generally head North and East as opposed to North and West.

    d. Currency – Cocaine transactions occurring in United States Dollars (USD) are associated with international narcotics transactions and indicate that the ultimate destination for the cocaine was the United States.

    e. Destination Information – Oftentimes transshipment narcotics traffickers know the final destination of the narcotics they are dealing with and will reveal that information during the course of an investigation.

9. DTOs are particularly focused on ensuring that their members are not arrested or are quickly released if arrested, because the longer a charged individual remains in jail, the more likely they are to be killed or turned cooperator against the DTO. In particular, DTOs are worried that their coconspirators will be extradited to the United States where cooperation is likely in hopes of receiving a reduced sentence.

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the following disclosure.

**MATTHEW STEWART**  
Digitally signed by MATTHEW STEWART  
Date: 2024.08.27 12:05:54 -06'00'

Matthew Stewart

Date: Tuesday, August 27, 2024