

| Formulario | Código: FOR-DTC-LAB-234 |
|---|---|
| | Versión: 02 |
| **RESUMEN DE HOJA DE VIDA** | Vigente a partir de: 02/05/2018 |
| | Página 1 de 3 |

**Instrucción**: Completar la información necesaria y adjuntar las fotocopias de títulos necesarias. Así mismo, adjuntar a este documento los diplomas o constancias de formación (cursos o capacitaciones recibidas) relacionados a las actividades que realizan.

*Nota: para las secciones de educación y experiencia pueden agregarse filas, según sea necesario.*

## I. DATOS PERSONALES

| | |
|---|---|
| **Nombre:** | Erasmo Abigail Chen González |
| **Dirección:** | |
| **DPI:** | |
| **Estado Civil:** | |
| **Número de Teléfono:** | |
| **Correo Electrónico:** | |

## II. EDUCACIÓN

| | |
|---|---|
| **Estatus:** | Pensum Cerrado del Doctorado en Ciencias Crimologicas y Criminalistica |
| **Grado Académico:** | Licenciado |
| **Título:** | Quimico Farmaceutico |
| **Cuando aplique, cantidad de cursos aprobados:** | |
| **Centro de Estudios:** | UNIVERSIDAD MARIANO GALVEZ DE GUATEMALA |
| **Fecha de inicio:** | 2003 |
| **Fecha de finalización:** | 2005 |

| | |
|---|---|
| **Estatus:** | Graduado |
| **Grado Académico:** | Licenciado |
| **Título:** | Quimico Farmaceutico |
| **Cuando aplique, cantidad de cursos aprobados:** | |
| **Centro de Estudios:** | Universidad de San carlos de Guatemala |
| **Fecha de inicio:** | 1992 |
| **Fecha de finalización:** | 1998 |

| | |
|---|---|
| **Estatus:** | Graduado |
| **Grado Académico:** | Bachillerato |
| **Título:** | Bachiller en Ciencias y Letras |
| **Cuando aplique, cantidad de cursos aprobados:** | N.A. |
| **Centro de Estudios:** | Colegio Particular Mixto Tezulutlan, Salamá Baja Verapaz |
| **Fecha de inicio:** | 1990 |
| **Fecha de finalización:** | 1991 |



| **INACIF** | **Formulario** | **Código:** FOR-DTC-LAB-234 |
|---|---|---|
| INSTITUTO NACIONAL DE CIENCIAS FORENSES DE GUATEMALA | ***RESUMEN DE HOJA DE VIDA*** | **Versión:** 02 |
| | | **Vigente a partir de:** 02/05/2018 |
| | | Página 2 de 3 |

## III. EXPERIENCIA

### A) TRABAJO ACTUAL

| | |
|---|---|
| **Puesto/Cargo/Actividad:** | PERITO JEFE DEL LABORATORIO DE SUSTANCIAS CONTROLADAS |
| **Área de Trabajo:** | INACIF |
| **Fecha de inicio:** | 08/11/07 |
| **Funciones Principales:** | Jefatura del Laboratorio, Perito analista , gestiones administrativas, informes mensuales, asistencia a debates , suplente coordinador de calidad. |

### B) TRABAJO(S) ANTERIOR(ES)

| | |
|---|---|
| **Puesto/Cargo/Actividad:** | Ministerio Público |
| **Área de Trabajo:** | Laboratorio de Sustancias Controladas |
| **Fecha:** | 02/01/2000 al 07/11/2007 |
| **Funciones Principales:** | Coordinador del Laboratorio, Perito Analista, Gestionar Actividades administrativas |

### C) CURSOS

| FECHA /INSTITUCION | ACTIVIDAD |
|---|---|
| UNODC/STAND 08 al 11 de mayo de 2023 | Taller "Fortalecimiento de la Cultura del dato a través de la transferencia de conocimiento de diseño, desarrollo y administración de información n Técnica cuali-cuantitativa" |
| UNODC/STAND 06 al 29 de marzo de 2023 | Capacitador Curso Intermedio, "Operaciones Anti narcóticas sobre Identificación, Manejo y Disposición Final de Precursores y Sustancias Químicas" |
| INACIF/UNIVERSIDAD REGIONAL DE GUATEMALA 01 de febrero al 29 de marzo 2023 | Diplomado " La Función del Perito con Enfoque en Derechos Humanos" |
| INACIF , agosto 2021 | Sensibilización de la Norma ISO 17.25:2017 |
| Agilent technologies, febrero 2020 | Ley de la Contraloria General de Cuentas y su reglamento |
| Agilent technologies, febrero 2020 | Ley de Contrataciones del Estado y su Reglamento |
| INACIF, 30 de octubre al 29 de noviembre de 2019 | Actualización en la Gestión del Talento Administrativo del Empleado del INACIF |
| INACIF , septiembre 2019 | Taller Debate Oral y público |
| Plan Colombo Singapur, del 22 al 25 de julio de 2019 | 2do Simposium de Directores Forenses |
| Analitica Quimica 04 al 08 de febrero 2019 | Recomendaciones , cuidados y funcionamiento Completo de "FTIR Modelo Spectrm Two. |
| Diciembre 2018/Perkin Elmer | Seminario de Espectroscopia Infrarroja-Raman en Aplicaciones Forenses y Criminalísticas |
| Agilent technologies, 01 al 05 de abril 2011 | Operación Química del Instrumento CG/MSD |
| Agilent technologies, 29 al 31 de marzo 2011 | Operacion QUIMICA DEL GC 7890 |
| INACIF, diciembre 2010 | Taller Inducción en el Manejo de Sofwar de Gestion de Casos y Peritajes de INACIF" |
| INACIF , marzo 2009 | Validación de Metodologías |
| INACIF , marzo 2009 | Gestion y Acreditamiento de la Calidad |

| **INACIF** INSTITUTO NACIONAL DE CIENCIAS FORENSES DE GUATEMALA | **Formulario** | **Código:** FOR-DTC-LAB-234 |
|---|---|---|
| | *RESUMEN DE HOJA DE VIDA* | **Versión:** 02 |
| | | **Vigente a partir de:** 02/05/2018 |
| | | Página 3 de 3 |

| INACIF , mayo 2008 | Incidencia de la Labor del Perito y el proceso Penal Guatemalteco |
|---|---|
| **Ministerio Público , marzo 2005** | Gestion de Calidad con Enfoque a la Norma ISO 17025 |
| **INACIF , marzo 2009** | Gestion y Acreditamiento de la Calidad |
| **Ministerio Público , mayo 2005** | Oratoria Forense |
| **INACIF , marzo 2009** | Gestion y Acreditamiento de la Calidad |
| | |
| | |
| | |
| | |

| | Form | Code: FOR-DTC-LAB-234 |
|---|---|---|
| **INACIF** INSTITUTO NACIONAL DE CIENCIAS FORENSES DE GUATEMALA | RESUME | Version: 02 |
| | | Valid beginning on: 05/02/2018 |
| National Institute of Forensic Sciences of Guatemala | | Page **1** of **3** |

**Instructions:** Fill out the necessary information and attach photocopies of the necessary degrees. Also attach to this document any diplomas or training certificates (courses or trainings received) relating to the activities that you perform.

*Note:* add rows as needed for the education and experience sections.

| I. | PERSONAL INFORMATION |
|---|---|
| **Name:** | Erasmo Abigail Chen Gonzalez |
| **Address:** | [TEXTO SUPRIMIDO] |
| **Personal ID No.** | [TEXTO SUPRIMIDO] |
| **Marital status:** | [TEXTO SUPRIMIDO] |
| **Telephone number:** | [TEXTO SUPRIMIDO] |
| **Email:** | [TEXTO SUPRIMIDO] |

| II. | EDUCATION |
|---|---|

| **Status:** | Full course of study in the Doctorate in Criminological and Forensic Sciences |
|---|---|
| **Education level:** | Bachelor's |
| **Degree:** | Pharmaceutical chemist |
| **When applicable, number of courses passed:** | |
| **Educational institution:** | UNIVERSIDAD MARIANO GALVEZ DE GUATEMALA |
| **Start date:** | 2003 |
| **Completion date:** | 2005 |

| **Status:** | Graduated |
|---|---|
| **Education level:** | Bachelor's |
| **Degree:** | Pharmaceutical chemist |
| **When applicable, number of courses passed:** | |
| **Educational institution:** | Universidad de San Carlos def Guatemala |
| **Start date:** | 1992 |
| **Completion date:** | 1998 |

| **Status:** | Graduated |
|---|---|
| **Education level:** | High school diploma |
| **Degree:** | Diploma in Science and Letters |
| **When applicable, number of courses passed:** | N.A. |
| **Educational institution:** | Colegio Particular [Private High School] Mixto Tezulutlan, Salama Baja Verapaz |
| **Start date:** | 1990 |
| **Completion date:** | 1991 |

|  **INACIF**<br>INSTITUTO NACIONAL DE CIENCIAS<br>FORENSES DE GUATEMALA<br><br>National Institute of Forensic<br>Sciences of Guatemala | Form | Code: FOR-DTC-LAB-234 |
|---|---|---|
| | | Version: 02 |
| | RESUME | Valid beginning on:<br><br>05/02/2018 |
| | | Page **2** of **3** |

| III. | EXPERIENCE |
|---|---|

| A) | CURRENT JOB | |
|---|---|---|
| **Job/Position/Activity:** | EXPERT, CHIEF OF CONTROLLED SUBSTANCES LABORATORY |
| **Area of work:** | INACIF |
| **Start date:** | 11/08/07 |
| **Primary duties:** | Laboratory leadership, expert analyst, administrative duties, monthly reports, attend discussions, acting quality control. |

| B) PAST JOB(S) | |
|---|---|
| **Job/Position/Activity:** | Office of the Public Prosecutor |
| **Area of work:** | Controlled Substances Laboratory |
| **Dates:** | 01/02/2000 to 11/07/2007 |
| **Primary duties:** | Laboratory coordinator, expert analyst, manage administrative activities |

| C) COURSES | |
|---|---|
| **DATE/INSTITUTION** | **ACTIVITY** |
| **UNOCD/STAND May 8-11, 2023** | Workshop "Strengthening Culture of Data Through Knowledge Transfer of Design, Development, and Administration of Information n [*sic*] quali-quanti approach" |
| **UNODC/STAND March 6-29, 2023** | Intermediate Trainer course, "Counternarcotics Operations on Identifying, Handling and Disposal of Precursors and Chemicals" |
| **INACIF/REGIONAL UNIVERSITY OF GUATEMALA February 1-29, 2023** | Certificate "The Role of the Expert with a Focus on Human Rights" |
| **INACIF, August 2021** | Understanding of ISO 17.25:2017 Standard |
| **Agilent technologies, February 2020** | Public Finance Law and its Regulation |
| **Agilent technologies, February 2020** | State Contracting Law and its Regulation |
| **INACIF, October 30-November 29, 2019** | Refresher on Managing Administrative Talent of the INACIF Employee |
| **INACIF, September 2019** | Oral and Public Debate Workshop |
| **Plan Colombo Singapore, July 22-25, 2019** | 2nd Symposium of Forensic Directors |
| **Chemical Analysis, February 4-8, 2018** | Recommendations, Care, and Full Operation of "FTIR Model Spectrum Two. |
| **December 2018/Perkin Elmer** | Infrared-Raman spectroscopy in Forensic and Criminology Applications Seminar |
| **Agilent technologies, April 1-5, 2011** | Chemical Operation of the CG/MSD Instrument |
| **Agilent technologies, March 29-31, 2011** | Chemical Operation of the GC 7890 |

| | Form | Code: FOR-DTC-LAB-234 |
|---|---|---|
| INACIF logo — National Institute of Forensic Sciences of Guatemala | RESUME | Version: 02 |
| | | Valid beginning on: 05/02/2018 |
| | | Page **3** of **3** |

| | |
|---|---|
| **INACIF, December 2010** | Orientation Workshop on using INACIF Case Management and Expert Reporting Software |
| **INACIF, March 2009** | Methodology Validation |
| **INACIF, March 2009** | Quality Management and Certification |
| **INACIF, May 2008** | Impact of the Expert's Work and Guatemalan Criminal Proceedings |
| **Office of the Public Prosecutor, March 2005** | Quality Management with a Focus on the ISO 17025 Standard |
| **INACIF, March 2009** | Quality Management and Certification |
| **Office of the Public Prosecutor, May 2005** | Forensic Oratory |
| **INACIF, March 2009** | Quality Management and Certification |
| | |
| | |
| | |
| | |

JUDI R. O'BRIEN - CERTIFIED TRANSLATOR

SPANISH TO ENGLISH

Tel: 202-412-1038 email: Judi.O'Brien@usdoj.gov


TRANSLATOR'S STATEMENT

I, Judi R. O'Brien, Certified Translator Spanish into English, member in good standing of the American Translators Association, Member No. 252909, hereby declare that I did translate from the original Spanish into English the attached Certificate of Expert Analysis of May 14, 2019 regarding the destruction of drug evidence in Guatemala, and accompanying documents consisting of 28 pages (including pages left blank), and to the best of my knowledge, the translation accurately reflect the contents and meaning of the original Spanish document.


August 23, 2024

Judi R. O'Brien

Certified Translator SP-EN (ATA)



Verify at www.atanet.org/verify





MINISTERIO PÚBLICO

Fiscalía de Delitos de Narcoactividad
Ministerio Público
Guatemala, C. A.

**FISCALIA DE DELITOS DE NARCOACTIVIDAD
JEFATURA
OF. GRAM- 02-2020
Guatemala 14 de enero de 2020**

**Unidad Especializada en Contra de Organizaciones Criminales
Dedicadas a la Narcoactividad y/o Lavado de Dinero u Otros
Activos y Delitos Contra el Orden Tributario -UNILAT-**

Atentamente me dirijo a usted con el objeto de remitirle la copia certificada de la Audiencia en Calidad de Anticipo de Prueba de Reconocimiento Judicial, Análisis e Incineración relacionada a la incautación de 1,111 kilogramos de cocaína, de fecha catorce de mayo de año dos mil diecinueve; causa **(09010-2019-00194)** Expediente Ministerial **M1131-2019-89** del Juzgado de Primera Instancia Penal, Narcoactividad y Delitos contra el Ambiente del Municipio de Coatepeque, Departamento de Quetzaltenango.

Sin otro particular

Atentamente,

Lic. Gerson Russell Alegría Meza
Fiscal de Sección
Fiscalía de Delitos de Narcoactividad
Ministerio Público

0 calle 15-14, Edificio Vista Panorámica, Colonia el Maestro, zona 15
Tel. 2411 9191, Ext: 15102 y 15103
www.mp.gob.gt



  

LA INFRASCRITA SECRETARIA DEL JUZGADO DE PRIMERA INSTANCIA PENAL DE NARCOACTIVIDAD PARA INCINERACIONES DE LA REPÚBLICA DE GUATEMALA.--------------------------------------------------------------------------------------------------------------------CERTIFICA:----------------------------------------

Que las doce hojas de papel especial de fotocopia que anteceden corresponden al acta de incineración número (**620-2019**), la cual contiene Audiencia en Calidad de Anticipo de Prueba de Reconocimiento Judicial, Análisis e Incineración de fecha **catorce de mayo del año dos mil diecinueve**; Referencia Causa (**09010-2019-00194**) del **Juzgado de Primera Instancia Penal, Narcoactividad y Delitos Contra el Ambiente del Municipio de Coatepeque**, Departamento de Quetzaltenango, la cual se sigue en contra de **WILLIAM VENTURA MAZARIEGOS y/o SMAYLY WILLIAM THOMAS VENTURA MAZARIEGOS**.--------------------------------------

Se extiende la presente a solicitud del Agente Fiscal del Ministerio Público, <u>OSCAR AROLDO ZACARIAS ABAC</u>, Coordinador de la Unidad de Litigio de la Fiscalía de Delitos de Narcoactividad; la cual está contenida en doce hojas de papel especial de fotocopia, las primeras once, están impresas en su lado anverso y reverso y la última impresa únicamente en su lado anverso, más la presente hoja de papel bond. Guatemala, catorce de enero del año dos mil veinte.

Esperanza Gloria Reynoso Alvarez
Secretaria

Vo. Bo.

Licda. Verónica del Rosario Letona Morataya
Jueza



**AUDIENCIA EN CALIDAD DE ANTICIPO DE PRUEBA DE RECONOCIMIENTO JUDICIAL, ANÁLISIS E INCINERACIÓN 620-2019** (Reynoso) la cual se practica en virtud del exhorto identificado con la **CAUSA 09010-2019-00194 Sala "B"** del **JUZGADO DE PRIMERA INSTANCIA PENAL, NARCOACTIVIDAD Y DELITOS CONTRA EL AMBIENTE DEL MUNICIPIO DE COATEPEQUE, DEPARTAMENTO DE QUETZALTENANGO.** En la Ciudad de Guatemala, el día **catorce de mayo del año dos mil diecinueve**, siendo las **ocho horas con treinta minutos**, se encuentra constituida la Infrascrita Jueza de Primera Instancia Penal de Narcoactividad para Incineraciones de la República de Guatemala, Abogada Verónica Del Rosario Letona Morataya, asociada como en Derecho corresponde por la Secretaria que autoriza Esperanza Gloria Reynoso Alvarez, en el Laboratorio de Sustancias Controladas del Instituto Nacional de Ciencias Forenses de Guatemala, el cual se encuentra en el interior de las instalaciones de la Sub Dirección General de Apoyo y Logística de la Policía Nacional Civil, ubicada en la dieciséis avenida catorce guión cero cero zona seis, Colonia Cipresales de esta Ciudad, con el objeto de llevar a cabo audiencia **EN CALIDAD DE ANTICIPO DE PRUEBA DE RECONOCIMIENTO JUDICIAL, ANÁLISIS E INCINERACIÓN DE EVIDENCIA**, puesta a disposición dentro del proceso arriba identificado, el cual según indica el exhorto, se instruye en contra de **WILLIAM VENTURA MAZARIEGOS y/o SMAYLY WILLIAM THOMAS VENTURA MAZARIEGOS**, asimismo en virtud que se encuentran presentes el abogado defensor y el representante del Ministerio Público, quienes no se oponen a que la misma se realice en este momento, por lo que se pone a la vista el exhorto antes mencionado. En virtud de lo anterior se procede de la siguiente forma: **PRIMERO:** Se verifica la presencia de los sujetos procesales para realizar la presente diligencia y se encuentran presentes: El Auxiliar Fiscal I del Ministerio Publico, Abogado **CESAR AUGUSTO BARAHONA;** quien solicita autorización para que estén presentes en la diligencia: El Técnico en Investigaciones Criminalísticas I, de la Dirección

2

de Investigaciones Criminalísticas del Ministerio Público **MIGUEL ANGEL CARAVANTES ARRIOLA** como embalador y el Técnico en Investigaciones Criminalísticas I, de la Dirección de Investigaciones Criminalísticas del Ministerio Público **JORGE EDUARDO WANNAN GRAMAJO** como fotógrafo, por lo que la Infrascrita Jueza lo autoriza; Se deja constancia que no compareció a esta audiencia ningún abogado defensor particular del sindicado arriba indicado y para no dejarlo en estado de indefensión y en virtud que se encuentra presente por parte del Instituto de la Defensa Pública Penal, el Licenciado **JUAN RENE ESTRADA**, se le nombra para que actúe por esta única vez para el control legal de la presente diligencia y en representación del sindicado ya indicado, asimismo en representación de otra u otras posibles personas sindicadas. SEGUNDO: **El abogado del Instituto de la Defensa Pública Penal, solicita la palabra a la Infrascrita Jueza y manifiesta:** Con fundamento en los artículos 402 y 403 del Código Procesal Penal interpongo recurso de reposición, en virtud que se consideran violados los artículos 2, 12, 14 segundo párrafo, de la Constitución Política de La República de Guatemala; 4, 6 del Decreto 129-97 del La Ley del Servicio Público de Defensa Penal; 92, 99, 102, 103 del Código Procesal Penal; 8 numeral 2 inciso "D" de la Convención de Derechos Humanos; 14 numeral 3 literal D del Pacto Internacional de Derecho Civiles y Políticos en virtud que se le causa agravio al sindicado, en virtud de lo siguiente: A) De ser asistido de un abogado de su confianza; B) Se esta vedando al sindicado el derecho a intervenir en el proceso a través del abogado de su confianza; C) Se viola los requisitos de la prueba anticipada establecido en el artículo 317 del Código Procesal Penal, en el sentido que deben estar todos los sujetos procesales, inclusive el sindicado tomándose en cuenta que se debe solicitar con antelación la presencia del sindicado en dicha diligencia y D) Se viola el plazo razonable para el abogado del Instituto de la Defensa Pública Penal para enterarse de las circunstancias del proceso con el fin de realizar una defensa técnica eficaz en virtud de que quien tiene conocimiento del proceso principal es el abogado defensor particular nombrado por el sindicado, por lo anteriormente expuesto con todo respeto se solicita dejar sin efecto la

  

resolución de mi nombramiento como abogado defensor y que como consecuencia se le corra audiencia al sindicado y abogado defensor particular con relación a mi nombramiento como abogado defensor dentro del presente proceso y según las circunstancias que se le corra el plazo de tres días al sindicado para que proponga abogado de su confianza para ejercer la defensa técnica, se revise nuevamente la resolución emitida de mi nombramiento como abogado defensor por el Juez competente y se declare con lugar la reposición planteada". **TERCERO:** La Infrascrita Jueza en virtud de lo solicitado por el abogado del Instituto de la Defensa Publica Penal, en base al artículo 402 del Código Procesal Penal tiene por interpuesto el recurso y corre audiencia al representante del Ministerio Público quien se encuentra en esta diligencia, en virtud de que para la practica de las diligencias de Reconocimiento Judicial, Análisis e Incineración siempre está presente la Comisión de Incineraciones conformada por Instituto Nacional de Ciencias Forenses de Guatemala, Secretaria Ejecutiva de la Comisión Contra las Adicciones y Tráfico Ilícito de Drogas de la Vicepresidencia de la República, Sub Dirección General de Análisis de Información Antinarcótica de la Policía Nacional Civil, Ministerio Público, Instituto de la Defensa Publica Penal y Juez Incinerador. **CUARTO:** El representante del Ministerio Público ante la Comisión de Incineraciones indica: "Esta representación considera que la respetable juzgadora debe tomar en consideración que el trámite de la presente diligencia se desarrolla como lo establece el Decreto 27-2012 del Congreso de la República de Guatemala que reforma el Artículo 19 de la Ley Contra la Narcoactividad y que el Decreto en mención en el Artículo Primero en su Octavo párrafo establece que: "La incomparecencia del abogado defensor o de cualquiera de las otras partes debidamente citadas por cualquier vía legalmente permitida no será motivo de suspensión o anulación de la diligencia..." y "en todos los casos de ausencia de abogado defensor serán cubiertos por un abogado del Instituto de la Defensa Pública Penal con plena competencia para intervenir y representar los intereses de los sospechosos o imputados, así como para comprobar la legalidad de las mismas". Por lo expuesto considero que la presente diligencia no debe suspenderse ya que se está tramitando en cumplimiento a lo que indica la ley en el decreto mencionado, por lo que en ausencia del abogado defensor

  

del sindicado, esta audiencia debe ser cubierta por el abogado del Instituto de la Defensa Pública Penal que para el efecto fue citado previamente" **QUINTO:** La Infrascrita Jueza en virtud del recurso planteado por el abogado del Instituto de la Defensa Pública Penal y la argumentación del Ministerio Público, no obstante que el abogado del Instituto de la Defensa Pública Penal indica que se le causa agravio al sindicado por no estar el abogado de su confianza, la Infrascrita Jueza hizo el nombramiento por esta única vez, en virtud del exhorto proveniente del Juzgado arriba identificado en donde indica que se comisiona a este Juzgado para la práctica de la presente diligencia; asimismo en base a lo que establece el Artículo 1 Decreto 27-2012 del Congreso de la República de Guatemala que reforma el Artículo 19 de la Ley Contra la Narcoactividad, en el cual indica que: "...a la diligencia de Reconocimiento Judicial, Análisis Científico y Destrucción, Eliminación o Inutilización asistirá el abogado defensor y en su defecto un abogado del Instituto de la Defensa Pública Penal, cuyo director organizará los turnos para garantizar su presencia y actuación en cualquier momento en que sea requerido por el Juez incinerador...", por lo que en base en lo considerado **RESUELVE SIN LUGAR EL RECURSO DE REPOSICIÓN** interpuesto, ya que al realizar la diligencia, no se le violan Garantías Constitucionales al sindicado, ya que se nombró abogado del Instituto de la Defensa Pública Penal, institución que también conforma la Comisión de Incineraciones, por esta única vez, para el control legal de la presente diligencia y en representación del sindicado y de otra u otras posibles personas sindicadas, para no dejarlos en estado de indefensión, por lo que es dicho profesional del Instituto de la Defensa Pública Penal, quien también velará por el debido proceso y el derecho de defensa contemplados en el Artículo 12 de la Constitución Política de la República de Guatemala y 20 del Código Procesal Penal. Fundamento legal: Artículos citados y 1, 203, 204 de la Constitución Política de la República de Guatemala; 9, 11 bis del Código Procesal Penal; 114, 141, 142, 143 de la Ley del Organismo Judicial. **SEXTO:** Se continúa con la presente diligencia, verificando la presencia de los sujetos procesales, también se encuentran presentes: El bachiller **MANUEL DE JESÚS BALA GARCÍA** y el bachiller **ELIAS FERNANDO PÉREZ SOTO**, ambos delegados de la Secretaría Ejecutiva de la Comisión



Contra las Adicciones y el Tráfico Ilícito de Drogas de la Vicepresidencia de la República (SECCATID); El Oficial III de la Policía Nacional Civil **ROBERTO IVÁN GARCÍA LÓPEZ** y el Agente de la Policía Nacional Civil **ANGEL BAUDILIO CAO XOL**, ambos comparecen por el Departamento de Almacenamiento de Evidencias de Drogas de la Sub Dirección General de Análisis de Información Antinarcótica de la Policía Nacional Civil (SGAIA). **SÉPTIMO:** Se le concede la palabra al representante del Ministerio Público para que proponga al o a la Perito del Instituto Nacional de Ciencias Forenses de Guatemala, quien procederá a realizar el análisis respectivo e indica que con fundamento en el artículo 227 del Código Procesal Penal, propone como Perito para realizar el análisis respectivo en esta audiencia, al Licenciado **ERASMO ABIGAIL CHEN GONZALEZ** del Instituto Nacional de Ciencias Forenses de Guatemala, por lo que la Infrascrita Jueza en virtud de la solicitud del Ministerio Público lo nombra como perito en esta audiencia y se identifica con el carné de dicha institución con Nip número veintitrés (23), por lo que se le protesta de conformidad con la ley. El perito promete conducirse con la verdad, estando enterado del cargo recaído en su persona como responsable de realizar el análisis respectivo a la evidencia que se le entregue en esta diligencia, cargo que expresamente acepta y bajo juramento promete desempeñarlo de conformidad con la ley, asimismo manifiesta ser de cuarenta y seis años de edad, soltero, guatemalteco, Químico Farmacéutico y es portador del Documento Personal de Identificación número dos mil quinientos cincuenta y ocho espacio cincuenta y cuatro mil ochocientos cincuenta y cuatro espacio un mil quinientos tres (2558 54854 1503), extendido por el Registro Nacional de las Personas de la República de Guatemala, señala lugar para recibir notificaciones o citaciones la catorce calle cinco guión cuarenta y nueve, zona uno de ésta Ciudad (INACIF). **OCTAVO:** Todos los sujetos procesales se identificaron con el carné respectivo y no habiendo ninguna objeción con la realización de la presente diligencia, se continúa de la siguiente manera: La Infrascrita Jueza solicita al Oficial III de la Policía Nacional



Civil y al Agente de la Policía Nacional Civil, ambos por parte del Departamento de Almacenamiento de Evidencias de Drogas de la Sub Dirección General de Análisis de Información Antinarcótica (SGAIA), poner a la vista la evidencia incautada en el proceso arriba identificado, la cual fue requerida en oficio previamente recibido por dicho departamento, quienes la ponen a la vista de la Señora Jueza y demás comparecientes, estando a cargo del representante del Ministerio Público, la descripción de la misma, quien indica lo siguiente: "Se tiene a la vista una bolsa de evidencia de nylon transparente, con ficha de cadena de custodia del Ministerio Público y de la Policía Nacional Civil y cinta de seguridad identificada con el número de Inventario "567-2019", Correlativo "77-2019", Folio "00004603", en el apartado de sindicados se lee: "William Ventura Mazariegos", la cual en su interior contiene un Oficio de Remisión de Evidencia número "596-2019", de fecha "Guatemala 03 de abril de 2019", con sello de recibido en la Bodega de Drogas el "03 ABR 2019"; Copia de Prevención Policial número "47-2019", de fecha "Ayutla, San Marcos 02 de abril de 2019"; Copia de Denuncia número "548-2019", de fecha "Guatemala, 01 de abril del 2019"; Copia de Denuncia número "550-2019", de fecha "Guatemala, 01 de abril del 2019"; Copia de Acta del Ministerio Público de fecha "En la Ciudad de Tecún Uman del Municipio de Ayutla del departamento de San Marcos, uno de Abril del año dos mil diecinueve" y ocho hojas de Cadena de Custodia. Asimismo se tienen a la vista los indicios identificados como **INDICIO 01, INDICIO 02, INDICIO 03, INDICIO 04, INDICIO 05, INDICIO 06, INDICIO 07, INDICIO 08, INDICIO 09, INDICIO 10, INDICIO 11, INDICIO 12, INDICIO 13, INDICIO 14, INDICIO 15, INDICIO 16, INDICIO 17, INDICIO 18, INDICIO 19, INDICIO 20, INDICIO 21, INDICIO 22, INDICIO 23, INDICIO 24, INDICIO 25, INDICIO 26, INDICIO 27, INDICIO 28, INDICIO 29, INDICIO 30, INDICIO 31 e INDICIO 32.** El INDICIO 01 consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89,

  

INDICIO No. **01**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**1 al 30**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO; El paquete rectangular que venía numerado como "**15**" y vuelto a numerar como "**15**", al abrirlo se observa que en un lado no trae troquel y del otro lado trae troquelada la palabra EXITO; dicho paquete trae adherido con cinta de evidencia del Ministerio Público, un reactivo químico ya utilizado. El **INDICIO 02** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **02**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**31 al 60**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 03** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **03**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**61 al 90**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee

EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 04** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **04**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**91 al 120**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 05** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **05**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**121 al 150**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 06** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **06**" y describe el contenido. Dicho costal contiene en su





interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**151 al 180**" Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 07** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **07**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**181 al 210**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 08** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **08**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**211 al 240**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 09** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y

sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **09**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**241 al 270**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado, asimismo traen troquelada la palabra EXITO. El **INDICIO 10** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **10**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**271 al 300**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado, asimismo traen troquelada la palabra EXITO; el paquete rectangular que venía numerado como "**290**" y vuelto a numerar como "**298**", trae adherido con cinta de evidencia del Ministerio Público, un reactivo químico ya utilizado. El **INDICIO 11** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **11**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**301 al 330**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se



lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 12** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89, INDICIO No. **12**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**331 al 360**". Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado, asimismo traen troquelada la palabra EXITO. El **INDICIO 13** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **13**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**361 al 390**". Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado, asimismo traen troquelada la palabra EXITO. El **INDICIO 14** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **14**" y describe el contenido. Dicho costal contiene en su

12

interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**391 al 420**". Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 15** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **15**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**421 al 450**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 16** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **16**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**451 al 480**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 17** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y

   

13

sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **17**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**481 al 510**". Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado, asimismo traen troquelada la palabra EXITO. El **INDICIO 18** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **18**" y describe el contenido. Dicho costal contiene en su interior "**27**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**511 al 537**". Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado, asimismo traen troquelada la palabra EXITO. El **INDICIO 19** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **19**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**538 al 567**". Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro,

14

tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO; El paquete rectangular numerado como "**550**" y vuelto a numerar como "**550**" trae adherido con cinta de evidencia del Ministerio Público, un reactivo químico ya utilizado. El INDICIO 20 consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **20**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**568 al 597**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El INDICIO 21 consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **21**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**598 al 627**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El INDICIO 22 consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **22**" y describe el contenido. Dicho costal contiene en su



interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**628 al 657**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 23** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **23**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**658 al 687**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 24** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **24**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**688 al 717**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 25** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y

16

sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **25**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**718 al 747**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado, asimismo traen troquelada la palabra EXITO. El INDICIO 26 consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **26**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**748 al 777**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado, asimismo traen troquelada la palabra EXITO. El INDICIO 27 consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **27**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**778 al 807**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro,



tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO; El paquete rectangular que venía numerado como "**795**" y vuelto a numerar como "**795**", trae adherido con cinta de evidencia del Ministerio Público, un reactivo químico ya utilizado. El **INDICIO 28** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **28**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**808 al 837**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 29** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **29**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**838 al 867**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 30** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **30**" y describe el contenido. Dicho costal contiene en su

interior "**26**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**868 al 893**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 31** consiste en un costal de color rojo, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **31**" y describe el contenido. Dicho costal contiene en su interior "**30**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**894 al 923**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO. El **INDICIO 32** consiste en un envoltorio de papel craft, de color café, debidamente embalado con cinta de evidencia, firmas y sellos del Ministerio Público, trae adherido un sobre de embalaje, de papel manila, de color amarillo, en el que se lee: "REFERENCIA MP: M1131-2019-89; INDICIO No. **32**" y describe el contenido. Dicho envoltorio contiene en su interior "**10**" paquetes rectangulares y en virtud que hay números legibles e ilegibles, se vuelven a numerar en este momento del "**924 al 933**"; Todos los paquetes rectangulares vienen forrados con una capa de nylon transparente, una calcomanía en la que se lee EXITO, una capa de cinta adhesiva de color café, una capa de nylon transparente, dos capas de látex de color negro, dos capas de nylon transparente, dos capas de látex de color negro, tres capas de nylon transparente y contienen polvo blanco compactado; asimismo traen troquelada la palabra EXITO; El paquete rectangular que




venía numerado como "**933**" y vuelto a numerar como "**933**" trae adherido con cinta de evidencia del Ministerio Público, un reactivo químico ya utilizado. Haciendo un total de "**933**" paquetes rectangulares, todos conteniendo polvo blanco compactado; los cuales son entregados al perito a espera del análisis correspondiente". **NOVENO:** Finalizados los análisis correspondientes, el perito del Instituto Nacional de Ciencias Forenses de Guatemala solicita la palabra a la Señora Jueza, a efecto de **EMITIR ORALMENTE SU DICTAMEN RESPECTIVO** en esta audiencia, de conformidad con el artículo 234 del Código Procesal Penal, quien accede a lo solicitado y manifiesta: "El peso bruto correspondiente al **INDICIO 01** es de **TREINTA Y CINCO PUNTO SETENTA KILOGRAMOS**; El peso bruto correspondiente al **INDICIO 02** es de **TREINTA Y CINCO PUNTO SETENTA Y CINCO KILOGRAMOS**; El peso bruto correspondiente al **INDICIO 03** es de **TREINTA Y CINCO PUNTO CINCUENTA Y CINCO KILOGRAMOS**; El peso bruto correspondiente al **INDICIO 04** es de **TREINTA Y CINCO PUNTO CINCUENTA Y OCHO KILOGRAMOS**; El peso bruto correspondiente al **INDICIO 05** es de **TREINTA Y CINCO PUNTO CINCUENTA Y UNO KILOGRAMOS**; El peso bruto correspondiente al **INDICIO 06** es de **TREINTA Y CINCO PUNTO SESENTA KILOGRAMOS**; El peso bruto correspondiente al **INDICIO 07** es de **TREINTA Y CINCO PUNTO SETENTA Y DOS KILOGRAMOS**; El peso bruto correspondiente al **INDICIO 08** es de **TREINTA Y CINCO PUNTO SESENTA Y SIETE KILOGRAMOS**; El peso bruto correspondiente al **INDICIO 09** es de **TREINTA Y CINCO PUNTO SESENTA Y OCHO KILOGRAMOS**; El peso bruto correspondiente al **INDICIO 10** es de **TREINTA Y CINCO PUNTO CINCUENTA Y NUEVE KILOGRAMOS**; El peso bruto correspondiente al **INDICIO 11** es de **TREINTA Y CINCO PUNTO OCHENTA Y DOS KILOGRAMOS**; El peso bruto correspondiente al **INDICIO 12** es de **TREINTA Y CINCO PUNTO SESENTA Y SIETE KILOGRAMOS**; El peso bruto correspondiente al **INDICIO 13** es de **TREINTA Y CINCO PUNTO CINCUENTA Y OCHO KILOGRAMOS**; El peso bruto correspondiente al **INDICIO 14** es de

20

TREINTA Y CINCO PUNTO SESENTA Y SIETE KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 15</u> es de TREINTA Y CINCO PUNTO SETENTA Y SIETE KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 16</u> es de TREINTA Y CINCO PUNTO SESENTA Y TRES KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 17</u> es de TREINTA Y CINCO PUNTO SETENTA Y TRES KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 18</u> es de TREINTA Y DOS PUNTO TREINTA KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 19</u> es de TREINTA Y CINCO PUNTO SESENTA KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 20</u> es de TREINTA Y CINCO PUNTO SETENTA KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 21</u> es de TREINTA Y CINCO PUNTO SESENTA Y OCHO KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 22</u> es de TREINTA Y CINCO PUNTO SESENTA Y NUEVE KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 23</u> es de TREINTA Y CINCO PUNTO SESENTA Y UN KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 24</u> es de TREINTA Y CINCO PUNTO SESENTA Y CINCO KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 25</u> es de TREINTA Y CINCO PUNTO SESENTA Y DOS KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 26</u> es de TREINTA Y CINCO PUNTO CINCUENTA Y SIETE KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 27</u> es de TREINTA Y CINCO PUNTO SETENTA KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 28</u> es de TREINTA Y CINCO PUNTO SESENTA Y SIETE KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 29</u> es de TREINTA Y CINCO PUNTO SESENTA Y SEIS KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 30</u> es de TREINTA PUNTO NOVENTA Y CUATRO KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 31</u> es de TREINTA Y CINCO PUNTO SESENTA Y CINCO KILOGRAMOS; El peso bruto correspondiente al <u>INDICIO 32</u> es de DOCE PUNTO CERO UN KILOGRAMOS; Haciendo un peso bruto total de UN MIL CIENTO




**NUEVE PUNTO VEINTISIETE KILOGRAMOS**. Se toma muestra del polvo blanco compactado contenido en cada uno de los "**933**" paquetes rectangulares descritos y al realizarles la Prueba Presuntiva da como resultado que orientan a presencia de **COCAÍNA** y en virtud de dicho resultado y dada la homogeneidad del contenido de cada uno de los paquetes rectangulares, se expone a la Comisión de Incineraciones y abogado defensor, que se utilizará el Sistema de Muestreo por lo que se deben seleccionar al azar "**32**" paquetes rectangulares por parte de la Comisión de Incineraciones y abogado defensor, para realizarles las Pruebas Presuntivas e Instrumentales y determinar el porcentaje de pureza; siendo estos los paquetes rectangulares, escogidos al azar, los identificados con los números "**20, 48, 76, 100, 132, 165, 200, 230, 250, 280, 301, 350, 382, 418, 440, 470, 500, 530, 560, 580, 600, 640, 671, 710, 732, 760, 800, 830, 850, 878, 900 y 930**", asimismo al realizarles las Pruebas Presuntivas dan como resultado que orientan a presencia de **COCAÍNA** asimismo al realizarles las Pruebas Instrumentales se obtiene como resultado que es **POSITIVO PARA COCAÍNA**, con porcentaje de pureza de **SETENTA PUNTO VEINTICUATRO POR CIENTO**, por lo anterior se __CONCLUYE__ que el polvo blanco compactado contenido en los "**933**" paquetes rectangulares descritos es **COCAÍNA**, con porcentaje de pureza de **SETENTA PUNTO VEINTICUATRO POR CIENTO**"

__DÉCIMO:__ La Infrascrita Jueza pregunta a los sujetos procesales si tienen alguna observación que formular respecto al dictamen emitido por el perito del Instituto Nacional de Ciencias Forenses de Guatemala en esta audiencia, manifestando el abogado defensor y la representante del Ministerio Público que por el momento no tienen ninguna observación.

__DÉCIMO PRIMERO:__ Los "**933**" paquetes rectangulares arriba descritos, que contienen **COCAÍNA**, los cuales fueron analizados el día de hoy por el Perito del Instituto Nacional de Ciencias Forenses de Guatemala, son embalados nuevamente por el embalador del Ministerio Público arriba identificado con apoyo de más agentes de la Policía Nacional Civil, quedando al resguardo del Oficial III de la Policía Nacional Civil y el

22

Agente de la Policía Nacional Civil, arriba identificados, ambos del Departamento de Almacenamiento de Evidencias de Drogas de la Sub Dirección General de Análisis de Información Antinarcótica (SGAIA), quienes bajo su responsabilidad y custodia los trasladarán, con más agentes de apoyo de la Sub Dirección General de Análisis de Información Antinarcótica (SGAIA), a la Finca Estanzuela Navajas, ubicada en el kilómetro veintidós punto cinco, Municipio de San José del Golfo, del Departamento de Guatemala, para la incineración respectiva por lo que la Comisión de Incineraciones y abogado defensor se constituirán a dicho lugar a efecto de incinerar el embalaje, la cocaína y los envoltorios descritos, en virtud que los delegados de la Sub Dirección General de Análisis de Información Antinarcótica (SGAIA), indican que ese es el lugar donde se practicará la incineración respectiva, debido a que el Horno Incinerador, ubicado en la Sub Dirección General de Análisis de Información Antinarcótica de la Policía Nacional Civil (SGAIA) no tiene capacidad para incinerar esa cantidad de evidencia. **DÉCIMO SEGUNDO:** Siendo las **trece horas con quince minutos**, se suspende la presente diligencia a efecto de que la Comisión de Incineraciones se desplace a la Finca Estanzuela Navajas, ubicada en el kilómetro veintidós punto cinco, Municipio de San José del Golfo, del Departamento de Guatemala, para realizar la incineración respectiva. **DÉCIMO TERCERO:** Siendo las **catorce horas**, se encuentra constituida la Comisión de Incineraciones y abogado defensor, en el lugar indicado a efecto de incinerar el embalaje, los indicios y los envoltorios descritos, de los **"933"** paquetes rectangulares, todos conteniendo COCAÍNA analizados por el perito del Instituto Nacional de Ciencias Forenses de Guatemala (INACIF) el día de hoy; procediéndose a verificar el embalaje y el conteo respectivo de los paquetes rectangulares descritos y posteriormente el Oficial III de la Policía Nacional Civil y el Agente de la Policía Nacional Civil ambos del Departamento de Almacenamiento de Evidencias de Drogas de la Sub Dirección General de Análisis de Información Antinarcótica (SGAIA) y



23

más agentes de la Policía Nacional Civil en apoyo; a la vista del defensor y demás integrantes de la Comisión de Incineraciones, proceden a realizar dicha incineración. **DÉCIMO CUARTO:** Termina la presente diligencia y acta, en el mismo lugar y fecha de su inicio, siendo las **quince horas con treinta minutos**, la que previa lectura por los comparecientes, ratifican, aceptan y firman, con la Infrascrita Jueza y Secretaria, asimismo se hace constar que el acta original que documenta la presente diligencia, así como los documentos descritos que se tuvieron a la vista, se entregan al representante del Ministerio Público para los efectos procesales pertinentes y en virtud de lo anterior se adjunta el duplicado del acta ya relacionada al exhorto de mérito, el cual será devuelto al Juzgado Contralor para ser incorporado a sus antecedentes.

ABOGADA VERÓNICA DEL ROSARIO LETONA MORATAYA
JUEZA

MINISTERIO PÚBLICO

INSTITUTO DE LA DEFENSA
PÚBLICA PENAL

MINACIF

MANUEL DE JESÚS BALA GARCÍA
SECCATID

ELIAS FERNANDO PÉREZ SOTO
SECCATID

ANGEL BAUDILIO CAO XOL
SGAIA/PNC

ROBERTO EVAN GARCÍA LÓPEZ
SGAIA/PNC

JORGE EDUARDO WANNAN GRAMAJO
Técnico en Investigaciones Criminalísticas I del Ministerio Público

MIGUEL ANGEL CARAVAN LES ARRIOLA
Técnico en Investigaciones Criminalísticas I del Ministerio Público

ESPERANZA GLORIA REYNOSO ÁLVAREZ
SECRETARIA





Office of the Narcotics Crimes Prosecutor
Office of the Public Prosecutor
Guatemala, A.C.

**OFFICE OF THE NARCOTICS CRIMES PROSECUTOR
HEADQUARTERS
OFFICIAL LETTER GRAM-02-2020**

***REF:*** *UEAI 735-2023*
CRM-182-86651

**Guatemala, February 20, 2024**

**Special Unit Against Criminal Organizations
Engaging in Narcotics Crimes and/or Money or Other Asset
Laundering and Crimes Against the Tax System -UNILAT-**

Respectfully, I am writing to provide you with a certified copy of the Evidentiary Hearing for Judicial Inspection, Analysis, and Incineration, in regard to the seizure of 1,111 kilograms of cocaine, on May fourteenth, two thousand nineteen; case (**09010-2019-00194**) Ministerial Record **M1131-2019-89** of the Criminal court of first instance, Narcotics Crimes and Environmental Crimes of the Municipality of Coatepeque, Department of Quetzaltenango.

With nothing further,

Sincerely,

[SEAL]
REPUBLIC OF GUATEMALA
OFFICE OF THE PUBLIC
PROSECUTOR, ATTORNEY
[*Signature*] GENERAL OF THE REPUBLIC

**Gerson Russell Alegria Meza, Esq.
Prosecutor
Office of the Narcotics Crimes Prosecutor
Office of the Public Prosecutor**

0 calle 15-14, Edificio Vista Panoramica, Colonia el Maestro, zona 15
Tel. 2411 9191, Ext. 15102 and 15103
www.mp.gob.gt

[Blank page in original document]

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA



**THE UNDERSIGNED CLERK OF THE CRIMINAL COURT OF FIRST INSTANCE FOR NARCOTICS CRIMES FOR INCINERATIONS OF THE REPUBLIC OF GUATEMALA.** --------------------------------------------------------------------------------------------------------------------------------------------------------H E R E B Y  C E R T I F I E S : - - - - - - - - - - - - - - - - -

That the preceding twelve pages on special photocopy paper correspond to incineration record number (**620-2019),** which contains the Pre-trial Evidentiary Hearing for Judicial Inspection and Incineration, dated May fourteenth, two thousand nineteen; Case Reference (**09010-2019-00194**), in the Criminal Court of First Instance for Narcotics and Environmental Crimes for the Municipality of Coatepeque, Department of Quetzaltenango, proceeding against **WILLIAM VENTURA MAZARIEGOS and/or SMALY WILLIAM THOMAS VENTURA MAZARIEGOS.**--------------------------------------------------------------------------------

This [certification] is issued upon request of Attorney from the Office of the Public Prosecutor, <u>OSCAR AROLDO ZACARIAS ABAC</u>, Coordinator of the Litigation Unit of the Office of the Prosecutor for Narcotics Crimes; and which is contained on twelve pages on special photocopy paper, the first eleven are printed on both sides, and the last page is printed only on the front side, as well as this page on bond paper. Guatemala, January fourteenth, two thousand twenty.

[*Signature*]
Esperanza Gloria Reynoso Alvarez
Clerk

Approved:          [*Signature*]
          Veronica del Rosario Letona Morataya, Esq.
                    Judge

[Blank page in original document]

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
[Signature]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

1

**PRE-TRIAL EVIDENTIARY HEARING FOR JUDICIAL INSPECTION, ANALYSIS, AND INCINERATION NUMBER 620-2019** (Reynoso), which is carried out pursuant to the formal request identified as **CASE Number 09010-2019-00194,** Chamber "B" of the CRIMINAL COURT OF FIRST INSTANCE, NARCOTICS CRIMES AND ENVIRONMENTAL CRIMES OF THE MUNICIPALITY OF COATEPEQUE, DEPARTMENT OF QUETZALTENANO. In Guatemala City, on the fourteenth of May, two thousand nineteen, at eight thirty [a.m.], the Undersigned Judge of the First Instance Criminal Narcotics Court for Incinerations of the Republic of Guatemala, Attorney Verónica del Rosario Letona Morataya, assisted as required by law by the authorizing Clerk, Esperanza Gloria Reynoso Alvarez assembled at the Controlled Substances Laboratory of the National Institute of Forensic Sciences of Guatemala, located inside the facilities of the National Civilian Police Support and Logistics Office, located at Sixteen Avenue fourteen dash zero zero, zone six, Colonia Cipresales, in this city, for the purpose of beginning the **PRE-TRIAL EVIDENTIARY HEARING FOR JUDICIAL INSPECTION, ANALYSIS, AND INCINERATION OF EVIDENCE**, provided within the proceeding identified above, which, according to the formal request, is being heard against **WILLIAM VENTURA MAZARIEGOS and/or SMALY WILLIAM THOMAS VENTURA MAZARIEGOS**, and given that the Defense Attorney and the representative from the Office of the Public Prosecutor are present and do not oppose the hearing to be held at this moment, we proceed in the following manner: **FIRST:** The presence of the parties is verified in order to carry out this proceeding: Assistant Prosecutor I of the Office of the Public Prosecutor, Attorney **CESAR AUGUSTO BARAHONA;** who request authorization for the following to be present at this proceeding: Technician in Criminal Investigations I of the Department [End of page]

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

of Criminal Investigations of the Office of the Public Prosecutor, **MIGUEL ANGEL CARAVANTES ARRIOLA**, as packager, and Criminal Investigations Technician I, of the Department of Criminal Investigations of the Office of the Public Prosecutor **JORGE EDUARDO WANNAN GRAMAJO,** as photographer, which the undersigned Judge authorizes; it is noted for the record that no private defense attorney was present for this hearing and in order to ensure the defendant is not left without representation, and because **JUAN RENE ESTRADA, Esq.**, of the Criminal Public Defense Institute is present, he is appointed to act in this sole instance as legal oversight in these proceedings and in representation of the aforementioned defendant, as well as for other possible defendants. <u>**SECOND**</u>**: The attorney from the Criminal Public Defense Institute requests permission to address the judge and states:** "Based on articles 402 and 403 of the Code of Criminal Procedure, I am filing an appeal, considering violations of articles 2, 12, 14.2, of the Political Constitution of the Republic of Guatemala; 4, 6 of Decree 129-97 of the Criminal Defense Public Service Act; 92, 99, 102, 103 of the Code of Criminal Procedure; 8.2(D) of the Convention on Human Rights; 14.3(D) of the International Covenant on Civil and Political Rights, as it is prejudicial to the defendant for the following reasons: A) Being represented by an lawyer of his choosing; B) The defendant is being refused the right of participating in his defense through a lawyer of his choosing; C) The pre-trial evidentiary requirements set forth in Article 317 of the Code of Criminal Procedure are being violated, in that all defendants should be present, including this defendant, considering that the presence of the defendant should be requested in advance of the proceedings; D) It violates the reasonable time period for an attorney from the Criminal Public Defense Institute to learn the circumstances of the case in order to provide an effective technical defense, given that the person who has knowledge of the main proceedings is the private defense attorney named by the defendant, and based on the foregoing, with all due respect, I request you revoke the [END OF PAGE]

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
[*Signature*]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

the resolution naming me as defense attorney and, consequently, grant a hearing to the defendant and his private defense attorney regarding my appointment as defense attorney in this proceeding and, according to the circumstances, grant the defendant a period of three days to name a lawyer of his choosing to present the technical defense, have a competent judge review the resolution appointing me as defense attorney and grant the proposed replacement."

**THIRD:** The undersigned Judge, in view of the request by the attorney from the Criminal Public Defense Institute, on the basis of Article 402 of the Code of Criminal Procedure hears the appeal and grants a hearing to the representative of the Office of the Public Prosecutor who is present in these proceedings of Judicial Inspection, Analysis, and Incineration by virtue of the fact that for the practice of Judicial Inspection, Analysis, and Incineration proceedings the Incinerations Commission is always present, comprising the National Forensic Sciences Institute of Guatemala, Executive Office of the Commission Against Addiction and Illegal Drug Trafficking of the Office of the Vice President of the Republic, the Office of Counternarcotics Data Analysis of the National Civilian Police, the Office of the Public Prosecutor, Criminal Public Defense Institute and the Incinerating Judge. **FOURTH**: The representative of the Office of the Public Prosecutor, before the Incinerations Commission says: "This representative considers that the honorable judge must take into consideration that the process of this proceeding is being carried out as established by Decree 27-2012 of the Congress of the Republic of Guatemala, which amends Article 19 of the Law Against Narcotics Activity, and that the Decree of reference, in its Article One, Paragraph eight establishes that: "Failure to appear by the defense attorney, or any of the other parties, properly notified by any legally permissible means, shall not be reason to suspend or cancel the proceeding…" and "all cases of absence of the defense attorney shall be covered by an attorney from the Criminal Public Defense Institute, with full competence to intervene and represent the interests of the suspects or defendants, as well as to verify the legality of the same." For these reasons, I believe that this proceeding shall not be suspended, as it is being carried out pursuant to the indications of the law in the cited decree, and therefore, in the absence of the defense attorney [END OF PAGE]

*[Signature]*  *[Signature]*  *[Signature]*

*[Signature]*  *[Signature]*  *[Signature]*  *[Signature]*

for the defendant, this hearing shall be covered by the attorney from the Criminal Public Defense Institute, for which he was previously summoned." **FIFTH:** The undersigned judge, by virtue of the appeal filed by the attorney from the Criminal Public Defense Institute and the arguments of the Office of the Public Prosecutor, notwithstanding the attorney from the Criminal Public Defense Institute's indications that it is prejudicial to the defendant to not be represented by an attorney of his choosing, the undersigned Judge appointed him only for this occasion, by virtue of the formal request from the Court indicated above, in which it indicates that this Court is commissioned to carry out this proceeding; as well, on the basis of Article 1, Decree 27-2012 of the Congress of the Republic, which amends Article 19 of the Law Against Narcotics Activity, in which it indicates that: "…the proceeding of Judicial Inspection, Scientific Analysis, and Destruction, Elimination, or disablement, shall be attended by a defense attorney, or in his or her absence by an attorney from the Criminal Public Defense Institute, whose director shall organize duty shifts to ensure their presence and intervention at any time they may be so required by the Incinerating Judge…", therefore, based on the matter considered THE APPEAL IS DENIED, given that by carrying out the proceeding, the defendant's Constitutional Guarantees are not violated because the attorney from the Criminal Public Defense Institute was appointed, Institution which also is part of the Incinerations Commission, for this sole instance, for legal oversight of the proceeding and in representation of the defendant and other possible defendants, so as not to leave them without representation, and therefore it is the same professional from the Criminal Public Defense Institute who will ensure due process and the right to defense contemplated in Article 12 of the Political Constitution and 20 of the Code of Criminal Procedure. Legal basis: Cited Articles and 1, 203, 204 of the Political Constitution of the Republic of Guatemala; 9, 11 bis of the Code of Criminal Procedure; 114, 141, 142, 143 of the Law of the Judiciary. **SIXTH**: This proceeding continues, verifying the presence of the parties to the proceedings, also present are: **MANUEL DE JESUS BALA GARCIA**  and **ELIAS FERNANDO PEREZ SOTO**, both of the Executive Office of the Commission [END OF PAGE]

5

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
[Signature]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

Against Addiction and Illegal Drug Trafficking of the Office of the Vice President of the Republic (SECCATID, by its Spanish acronym); III Officer of the National Civilian Police **ROBERTO IVAN GARCIA LOPEZ** and National Civilian Police Agent **ANGEL BAUDILIO CAO XOL,** both appearing for the Department of Drug Evidence Storage of the Office of Counternarcotics Data Analysis of the National Civilian Police (SGAIA, by its Spanish acronym). **<u>SEVENTH:</u>** The floor is given to the representative of the Office of the Public Prosecutor to propose the Expert from the National Forensic Sciences Institute of Guatemala, who shall perform the respective analysis; he indicates that pursuant to Article 227 of the Code of Criminal Procedure, he proposes as Expert to perform the respective analysis in this hearing **ERASMO ABIGAIL CHEN GONZALEZ** of the National Forensic Sciences Institute of Guatemala.  The undersigned Judge, therefore, in light of the request by the Office of the Public Prosecutor so names him as expert in this hearing and he identifies himself with his identification from said institution, with Nip [identification] number twenty-three (23), and he was therefore sworn pursuant to law.  The expert was sworn to behave truthfully, being informed of duties entrusted to him as the party responsible for performing the respective analysis of the evidence delivered to him during these proceedings, responsibility which he accepts and under oath promises to carry out in accordance with the law; additionally he stated that he is [REDACTED] years old, [REDACTED], Guatemalan, a Pharmaceutical Chemist and holder of Personal Identification Document number [REDACTED], issued by the National Registry of Persons of the Republic of Guatemala, and indicates his address for receiving notifications as fourteen street five dash forty-nine, zone one of this City (INACIF, acronym in Spanish for the National Forensic Sciences Institute). **<u>EIGHTH:</u>** All parties identified themselves with their respective identifications and there being no objections with carrying out this hearing, they proceed as follows: The Undersigned Judge requests that III Officer of the National [END OF PAGE]

*[Signature]*  *[Signature]*  *[Signature]*

Civilian Police and the National Civilian Police Agent, both on behalf of the Department of Drug Evidence Storage of the Office of Counternarcotics Data Analysis (SGAIA), to put on view the evidence seized in the process above identified, which was requested by official correspondence previously received by said department; the present [the evidence] to the Judge and other appearing parties, the description of said evidence being the responsibility of the representative from the Office of the Public Prosecutor, who indicates the following: "On view is a transparent nylon evidence bag of the Office of the Public Prosecutor and the National Civilian Police and security tape identified with inventory number "567-2019," Sequential "77-2019," Page "00004603," the section marked defendants reads "William Ventura Mazariegos," and which contains in its interior an official letter of Submission of Evidence number "596-2019," dated "Guatemala, APR 03, 2010;" Copy of Police Report number "47-2019,' dated "Ayutla, San Marcos, April 02, 2019;" Copy of Indictment number "548-2019," dated "Guatemala, April 01, 2019;" Copy of Indictment number "550-2019," dated "Guatemala, April 01, 2019;" Copy of the record from the Office of the Public Prosecutor dated "In the City of Tecun Uman in the Municipality of Ayutla, Department of San Marcos, first of April of twenty nineteen," and eight pages of Chain of Custody. Also on view are the exhibits identified as EXHIBIT 01, EXHIBIT 02, EXHIBIT 04, EXHIBIT 05, EXHIBIT 06, EXHIBIT 07, EXHIBIT 08, EXHIBIT 09, EXHIBIT 10, EXHIBIT 11, EXHIBIT 12, EXHIBIT 13, EXHIBIT 14, EXHIBIT 15, EXHIBIT 16, EXHIBIT 17, EXHIBIT 18, EXHIBIT 19, EXHIBIT 20, EXHIBIT 21, EXHIBIT 22, EXHIBIT 23, EXHIBIT 24, EXHIBIT 25, EXHIBIT 26, EXHIBIT 27, EXHIBIT 28, EXHIBIT 29, EXHIBIT 30, EXHIBIT 31, and EXHIBIT 32. **EXHIBIT 01** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, [END OF PAGE]

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
[Signature]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

7

EXHIBIT No. 01," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**1 to 30;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO ["SUCCESS"], a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO; Upon opening the rectangular package that came numbered as **"15"** and was renumbered **"15"**, it is observed that one side has nothing embossed and the other side is embossed with the word EXITO, a used chemical reagent is attached to the package with Office of the Public Prosecutor evidence tape.  **EXHIBIT 02** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 02," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**31 to 60;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon, two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 03** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 03," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**61 to 90;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads [END OF PAGE]

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO. **EXHIBIT 04** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 04," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**91 to 120;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 05** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 05," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**121 to 150;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 06** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 06," and describes the contents.  Said bag contains [END OF PAGE]

9

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
[Signature]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

"30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**151 to 180;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon, two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO. **EXHIBIT 07** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 07," and describes the contents. Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**181 to 210;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon, two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO. **EXHIBIT 08** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 08," and describes the contents. Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**211 to 240;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon, two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO. **EXHIBIT 09** consists of a red bag, properly sealed with evidence tape, seals and [END OF PAGE]

[Signature]
[Signature]
[Signature]
[Signature]
[Signature]
[Signature]

[Signature]    [Signature]    [Signature]

and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 09," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**241 to 270;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.

**EXHIBIT 10** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 10," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**271 to 300;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO; the rectangular package that came numbered as **"290"** and was renumbered **"298"**, has a used chemical reagent is attached to the package with Office of the Public Prosecutor evidence tape.

**EXHIBIT 11** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 11," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**301 to 330;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that [END OF PAGE]

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
[Signature]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

11

reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 12** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 12," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**331 to 360;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 13** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 13," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**361 to 390;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 14** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 14," and describes the contents.  Said bag contains [END OF PAGE]

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

*[Signature]*

"30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**391 to 420;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 15** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 15," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**421 to 450;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 16** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 16," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**451 to 480;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 17** consists of a red bag, properly sealed with evidence tape, seals and [END OF PAGE]

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
[Signature]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 17," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**481 to 510;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 18** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 18," and describes the contents.  Said bag contains "27" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**511 to 537;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 19** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 19," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**538 to 567;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, [END OF PAGE]

[Signature]

[Signature]

[Signature]

[Signature]

[Signature]

[Signature]

[Signature]

[Signature]

three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO; the rectangular package that came numbered as **"550"** and was renumbered **"550"** has a used chemical reagent attached to the package with Office of the Public Prosecutor evidence tape.   **EXHIBIT 20** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 20," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**568 to 597;"** all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.   **EXHIBIT 21** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 21," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**598 to 627;"** all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO. **EXHIBIT 22** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 22," and describes the contents.  Said bag contains [END OF PAGE]

[Seal]
FIRST INSTANCE CRIMINAL NARCOTICS COURT FOR INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH GUATEMALA, CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL NARCOTICS COURT FOR INCINERATIONS
OFFICE OF THE CLERK
JUDICIAL BRANCH GUATEMALA, CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL NARCOTICS COURT FOR INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH GUATEMALA, CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL NARCOTICS COURT FOR INCINERATIONS
OFFICE OF THE CLERK
[Signature]
JUDICIAL BRANCH GUATEMALA, CENTRAL AMERICA

"30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**628 to 657;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 23** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 23," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**658 to 687;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 24** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 24," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**688 to 717;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 25** consists of a red bag, properly sealed with evidence tape, seals and [END OF PAGE]

signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 25," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**718 to 747;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO. **EXHIBIT 26** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 26," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**748 to 777;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 27** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 27," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**778 to 807;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, [END OF PAGE]

17

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
[Signature]
JUDICIAL BRANCH GUATEMALA,
CENTRAL AMERICA



three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO; the package that came numbered **"795"** and was renumbered "**795**" had a used chemical reagent attached with Office of the Public Prosecutor evidence tape.  **EXHIBIT 28** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 28," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**808 to 837;"** all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO. **EXHIBIT 29** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 29," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**838 to 867;"** all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 30** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 30," and describes the contents.  Said bag contains [END OF PAGE]

[Signature]

[Signature]

[Signature]

[Signature]

[Signature]

[Signature]

[Signature]

[Signature]

[Signature]

"26" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**868 to 893;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 31** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 31," and describes the contents.  Said bag contains "30" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**894 to 923;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  **EXHIBIT 32** consists of a red bag, properly sealed with evidence tape, seals and signatures from the Office of the Public Prosecutor, it has a yellow manila packing envelope attached to it, which reads "REFERENCE MP: M1131-2019-89, EXHIBIT No. 32," and describes the contents.  Said bag contains "10" rectangular packages and, because there are both legible and illegible numbers, they are renumbered at this time from "**924 to 933;**" all the rectangular packages are covered with a layer of transparent nylon, a sticker that reads EXITO, a layer of brown adhesive tape, a layer of transparent nylon,  two layers of black latex, two layers of transparent nylon, two layers of black latex, three layers of transparent nylon, and contain compacted white powder, and they are also embossed with the word EXITO.  The rectangular package [END OF PAGE]

19

| | | | |
|---|---|---|---|
| [Seal]<br>FIRST INSTANCE CRIMINAL<br>NARCOTICS COURT FOR<br>INCINERATIONS<br>[COAT OF ARMS]<br>JUDICIAL BRANCH<br>GUATEMALA,<br>CENTRAL AMERICA | [Seal]<br>FIRST INSTANCE CRIMINAL<br>NARCOTICS COURT FOR<br>INCINERATIONS<br>OFFICE OF THE CLERK<br>JUDICIAL BRANCH<br>GUATEMALA,<br>CENTRAL AMERICA | [Seal]<br>FIRST INSTANCE CRIMINAL<br>NARCOTICS COURT FOR<br>INCINERATIONS<br>[COAT OF ARMS]<br>JUDICIAL BRANCH<br>GUATEMALA,<br>CENTRAL AMERICA | [Seal]<br>FIRST INSTANCE CRIMINAL<br>NARCOTICS COURT FOR<br>INCINERATIONS<br>OFFICE OF THE CLERK<br>[Signature]<br>JUDICIAL BRANCH GUATEMALA,<br>CENTRAL AMERICA |

came numbered as "**933**" and was renumbered "**933**" has a used chemical reagent attached with Office of the Public Prosecutor evidence tape.  For a total of "**933**" rectangular packages, all containing compacted white powder, which are handed over to the expert pending the corresponding analysis."  **NINTH**: Having finalized the corresponding analyses, the expert from the National Forensic Sciences Institute of Guatemala requests permission to address the Judge, in order to **VERBALLY ISSUE HIS CORRESPONDING EXPERT OPINION** in this hearing, pursuant to Article 234 of the Code of Criminal Procedure, who complies with the request and states: "The gross weight of **EXHIBIT 01**, is **THIRTY-FIVE POINT SEVENTY KILOGRAMS;** The gross weight of **EXHIBIT 02**, is **THIRTY-FIVE POINT SEVENTY-FIVE KILOGRAMS;** The gross weight of **EXHIBIT 03**, is **THIRTY-FIVE POINT FIFTY-FIVE KILOGRAMS;** The gross weight of **EXHIBIT 04**, is **THIRTY-FIVE POINT FIFTY-EIGHT KILOGRAMS;** The gross weight of **EXHIBIT 05**, is **THIRTY-FIVE POINT FIFTY-ONE KILOGRAMS;** The gross weight of **EXHIBIT 06**, is **THIRTY-FIVE POINT SIXTY KILOGRAMS;** The gross weight of **EXHIBIT 07**, is **THIRTY-FIVE POINT SEVENTY-TWO KILOGRAMS;** The gross weight of **EXHIBIT 08**, is **THIRTY-FIVE POINT SIXTY-SEVEN KILOGRAMS;** The gross weight of **EXHIBIT 09**, is **THIRTY-FIVE POINT SIXTY-EIGHT KILOGRAMS;** The gross weight of **EXHIBIT 10**, is **THIRTY-FIVE POINT FIFTY-NINE KILOGRAMS;** The gross weight of **EXHIBIT 11**, is **THIRTY-FIVE POINT EIGHTY-TWO KILOGRAMS;** The gross weight of **EXHIBIT 12**, is **THIRTY-FIVE POINT SIXTY-SEVEN KILOGRAMS;** The gross weight of **EXHIBIT 13**, is **THIRTY-FIVE POINT FIFTY-EIGHT KILOGRAMS;** The gross weight of **EXHIBIT 14**, is [END OF PAGE]

[Signature]

[Signature]

[Signature]

[Signature]

[Signature]

[Signature]

[Signature]

[Signature]

**THIRTY-FIVE POINT FIFTY-NINE KILOGRAMS;** The gross weight of **<u>EXHIBIT 15</u>**, is **THIRTY-FIVE POINT SEVENTY-SEVEN KILOGRAMS;** The gross weight of **<u>EXHIBIT 16</u>**, is **THIRTY-FIVE POINT SEVENTY-THREE KILOGRAMS;** The gross weight of **<u>EXHIBIT 17</u>**, is **THIRTY-FIVE POINT SEVENTY-THREE KILOGRAMS;** The gross weight of **<u>EXHIBIT 18</u>**, is **THIRTY-TWO POINT THIRTY KILOGRAMS;** The gross weight of **<u>EXHIBIT 19</u>**, is **THIRTY-FIVE POINT SEVENTY KILOGRAMS;** The gross weight of **<u>EXHIBIT 20</u>**, is **THIRTY-FIVE POINT SEVENTY KILOGRAMS;** The gross weight of **<u>EXHIBIT 21</u>**, is **THIRTY-FIVE POINT SEVENTY-EIGHT KILOGRAMS;** The gross weight of **<u>EXHIBIT 22</u>**, is **THIRTY-FIVE POINT SIXTY-NINE KILOGRAMS;** The gross weight of **<u>EXHIBIT 23</u>**, is **THIRTY-FIVE POINT SIXTY-ONE KILOGRAMS;** The gross weight of **<u>EXHIBIT 24</u>**, is **THIRTY-FIVE POINT SIXTY-FIVE KILOGRAMS;** The gross weight of **<u>EXHIBIT 25</u>**, is **THIRTY-FIVE POINT SIXTY-TWO KILOGRAMS;** The gross weight of **<u>EXHIBIT 26</u>**, is **THIRTY-FIVE POINT FIFTY-SEVEN KILOGRAMS;** The gross weight of **<u>EXHIBIT 27</u>**, is **THIRTY-FIVE POINT SEVENTY KILOGRAMS;** The gross weight of **<u>EXHIBIT 28</u>**, is **THIRTY-FIVE POINT SICTY-SEVEN KILOGRAMS;** The gross weight of **<u>EXHIBIT 29</u>**, is **THIRTY-FIVE POINT SIXTY-SIX KILOGRAMS;** The gross weight of **<u>EXHIBIT 30</u>**, is **THIRTY POINT NINETY-FOUR KILOGRAMS;** The gross weight of **<u>EXHIBIT 31</u>**, is **THIRTY-FIVE POINT SIXTY-FIVE KILOGRAMS;** The gross weight of **<u>EXHIBIT 32</u>**, is **TWELVE POINT ZERO ONE KILOGRAMS;** Making for a total gross weight of **ONE THOUSAND ONE HUNDRED** [END OF PAGE]

21

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
[Signature]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

**NINE POINT TWENTY-SEVEN KILOGRAMOS.** A sample is taken of the compacted white powder contained in each one of the "**933**" rectangular packages described and on carrying out the Presumptive Test the results indicated positive for the presence of **COCAINE**, and given that result and the homogeneity of the contents of each one of the rectangular packages, it is explained to the Incinerations Commission and the defense attorney, that the Sampling System will be used, and therefore "**32"** rectangular packages will be randomly selected by the Incinerations Commission and the defense attorney, to perform Presumptive and Instrumental Tests on them and determine the purity percentage; those rectangular packages chosen at random being the packages identified with numbers "**20, 48, 76, 100, 132, 165, 200, 230, 250, 280, 301, 350, 382, 418, 440, 470, 500, 530, 560, 580, 600, 640, 671, 710, 732, 760, 800, 830, 850, 878, 900 and 930,"** likewise when tested with the Presumptive Test, the result indicated positive for the presence of **COCAINE**, additionally, upon carrying out instrumental tests of the samples, the result was **POSITIVE FOR COCAINE**, with a purity of **SEVENTY POINT TWENTY-FOUR PERCENT**, based on the foregoing, **IT IS CONCLUDED** that the compacted white powder contained in the "**933**" packages described is **COCAINE**, with a purity of **SEVENTY POINT TWENTY-FOUR PERCENT."** **TENTH**: The Undersigned Judge asked the parties if they had any comments they would like to make regarding the expert opinion issued by the expert from the National Forensic Sciences Institute of Guatemala in this hearing, and both the defense attorney as well as the representative from the Office of the Public Prosecutor's stated that they had no comments at this time. **ELEVENTH:** The "**933**" rectangular packages described above, which contain COCAINE, which were analyzed today by the expert from the National Forensic Sciences Institute of Guatemala, were re-packaged by the above identified packager from the Office of the Public Prosecutor, with the help of additional National Civilian Police agents, remaining under the custody of III Officer of the National Civilian Police and the [END OF PAGE]

[Signature]    [Signature]    [Signature]

National Civilian Police agent, identified above, both with the National Civilian Police Department of Drug Evidence Storage of the Office Counternarcotics Data Analysis (SGAIA, by its Spanish acronym), who under their responsibility and custody will transfer the evidence and with additional agents from the Office of Counternarcotics Data Analysis (SGAIA), to the Estanzuela Navajas Property, located at kilometer twenty-two point five, San José del Golfo Municipality, Department of Guatemala, for the respective incineration. The incineration commission and the private defense attorney will therefore reassemble at said location for the purposes of incinerating the described packaging, cocaine, and wrappings, given that the delegates from the Office of Counternarcotics Data Analysis (SGAIA) state that this is the location where the respective incineration will be carried out, because the Incinerator located at the Office of Counternarcotics Data Analysis (SGAIA) does not have sufficient capacity to incinerate that amount of evidence. **TWELFTH**: At **one fifteen p.m.**, this hearing is suspended in order for the Incinerations Commission to travel to the Estanzuela Navajas Property, located at kilometer twenty-two point five, San Jose del Golfo Municipality, Department of Guatemala, to carry out the respective incineration.   **THIRTEENTH**: At **two p.m.** the Incinerations Commission and the defense attorney are convened at the indicated location for the purpose of carrying out the incineration of the described packaging, evidence, and wrappings, of the "**933**" rectangular packages, all containing COCAINE, analyzed by the expert from the National Forensic Sciences Institute of Guatemala (INACIF) today; they proceed to verify the packaging and respective count of the described rectangular packages, subsequently the III Officer of the National Civilian Police and the National Civilian Police Agent, both with the Department of Drug Evidence Storage of the Office of Counternarcotics Data Analysis (SGAIA) and [END OF PAGE]

23

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
[Signature]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
[COAT OF ARMS]
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

[Seal]
FIRST INSTANCE CRIMINAL
NARCOTICS COURT FOR
INCINERATIONS
OFFICE OF THE CLERK
JUDICIAL BRANCH
GUATEMALA,
CENTRAL AMERICA

the support of additional National Civilian Police agents; in view of the defense attorney and other members of the Incinerations Commission, proceed to carry out the incineration.

**FOURTEENTH:** These proceedings and record conclude at the same location and on the same date of its opening, at **three thirty p.m.**, which, after being read by the appearing parties, they ratify, accept and sign with the Undersigned Judge and Clerk. Furthermore, it is stated for the record that the original record documenting this proceeding, as well as the documents described as having been on view, are delivered to the representative of the Office of the Public Prosecutor, who shall deliver them to the Prosecutor's Office in charge of the investigation for the pertinent procedural purposes. And, by virtue of the foregoing, a copy of the record already listed is attached to the official request of merit, which will be returned to the oversight court in order to be incorporated into its records.

[Signature]
ATTORNEY VERÓNICA DEL ROSARIO LETONA MORATAYA
JUDGE

[Signature]
OFFICE OF THE PUBLIC
PROSECUTOR

[Signature]
CRIMINAL PUBLIC DEFENSE
INSTITUTE

[Signature]
INACIF

[Signature]
Manuel de Jesús Bala Garcia
SECCATID

[Signature]
Elias Fernando Perez Soto
SECCATID

[Signature]
ANGEL BAUDILIO CAO XOL
SGAIA/PNC

[Signature]
ROBERTO IVAN GARCIA LOPEZ
SGAIA/PNC

[Signature]
JORGE EDUARDO WANNAN GRAMAJO
Forensic Investigations Technician I, Office of the Public
Prosecutor

[Signature]
MIGUEL ANGEL CARAVANTES ARRIOLA
Forensics Investigations Technician I, Office of the Public
Prosecutor

[Signature]
ESPERANZA GLORIA REYNOSO ALVAREZ
CLERK

[Blank page in original document]